THE PEOPLE OF THE STATE OF NEW YORK V. FLOYD NIXON.— Motion to dismiss appeal granted. Present — Dore, J. P., Cohn, Callahan, Bastow and Botein, JJ.

In the Matter of WILLIAM A. DAAB, Petitioner, against GEORGE P. MONAGHAN, as Commissioner of the Police Department of the City of New York, Respondent. — Motion to dismiss proceeding granted. Present — Dore, J. P., Cohn, Callahan, Bastow and Botein, JJ.

THE PEOPLE OF THE STATE OF NEW YORK V. CLARA CULBERT.—Motion to dismiss appeal granted. Present — Peck, P. J., Dore, Callahan, Breitel and Bergan, JJ.